10-1261-cr
US v. Orsaris

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of May, two thousand and ten.

Present: AMALYA L. KEARSE,
         ROBERT D. SACK,
         RICHARD C. WESLEY,
                  *Circuit Judges*.

_____

UNITED STATES,
                  *Plaintiff-Appellee*,

         - v. -

                                      10-1261-cr
CHRIS ORSARIS,

                  *Defendant-Appellant*

_____

FOR APPELLANT:    JOSEPH R. CONWAY, Mineola, NY.


FOR APPELLEE:     BURTON T. RYAN, Jr., Assistant U.S.
                  Attorney *for* Loretta E. Lynch, United
                  States Attorney for the Eastern District
                  of New York, Brooklyn, NY.

         Appeal from the United States District Court for the Eastern District of New York (Wexler, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED,**

**AND DECREED** that appellant's motion for bail is hereby **DENIED.**

                                    FOR THE COURT:
                                    Catherine O'Hagan Wolfe, Clerk